# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4024

_____

Kevin McKenzie, also known as       *
Keith Barrett,                         *
                                  *   Appeal from the United States
            Appellant,           *   District Court for the
                                  *   Western District of Arkansas.
      v.                           *
                                  *   [UNPUBLISHED]
Alvin Malone; Charles E. Waldman,   *
                                  *
          Appellees.           *

_____

Submitted: January 22, 2008
Filed: February 4, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kevin McKenzie appeals the district court's[1] Federal Rule of Civil Procedure 41(b) dismissal of his diversity action. We affirm.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, now retired.

Upon careful review of the record, <u>see</u> <u>Rodgers v. Curators of Univ. of Mo.</u>, 135 F.3d 1216, 1218-19 (8th Cir. 1998) (standard of review), we conclude that the district court did not clearly err in finding that McKenzie intentionally failed to prosecute his case and comply with the court's scheduling order, resulting in undue delay that was prejudicial to the defense. Accordingly, the district court did not abuse its discretion in dismissing the case as a sanction. <u>See</u> <u>Doe v. Cassel</u>, 403 F.3d 986, 988-90 (8th Cir. 2005) (per curiam) (dismissal for undue delay and failure to comply with court orders was not abuse of discretion when litigation had been pending for 18 months and petitioner repeatedly failed to meet court's discovery schedule); <u>Farnsworth v. Kansas City, Mo.</u>, 863 F.2d 33, 34 (8th Cir. 1988) (per curiam) (pro se litigants are not excused from complying with court orders).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____